[No. 11057-5-III.   Division Three.   August 22, 1991.]

CHARLES R. AULTMAN, *Respondent,* v. NORTHEAST WASHINGTON WORKER'S COMPENSATION CO-OP, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 89-2-02297-9, Harold D. Clarke, J.,

entered August 14, 1990. *Reversed* by unpublished opinion per Shields, J., concurred in by Green, C.J., and Munson, J.